JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOLAY FLOORING INTERNATIONAL, LLC, an Iowa limited liability company; and DANIEL PAUL MITCHELL, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>LUIS BARROSO DE LA FUENTE, an individual; LUIS GERARDO BARROSO GONZÁLEZ, an individual; PISOS KOLAY, S.A. DE C.V.; and LALUR, S.A. DE C.V.; and DOES 1 through 50;<br><br>    Defendants. | Case No.  8:18-cv-00108-JLS-JDE<br><br>**JUDGMENT** |

On October 14, 2022, the jury in this matter returned its unanimous verdict finding: (1) in favor of Kolay Flooring International, LLC and Daniel Paul Mitchell ("Plaintiffs") and against Luis Barroso De La Fuente on Plaintiffs' claim for Breach of Fiduciary Duty; (2) in favor of Plaintiffs and against Pisos Kolay, S.A. DE C.V. on Plaintiffs' claim that Pisos Kolay conspired with Luis Barroso De La Fuente to breach his fiduciary duties to Plaintiffs; (3) in favor of Lalur, S.A. DE C.V. and against Plaintiff on Plaintiffs' claim that Lalur conspired with Luis Barroso De La Fuente to breach his fiduciary duties to Plaintiffs; (4) against Plaintiff and in favor of Luis Barroso De La Fuente on Plaintiffs' claim of Breach of Contract (Partly Written and Partly Oral); and (5) against Plaintiff and in favor of Luis Barroso De La Fuente on Plaintiffs' claim of Breach of Contract (Implied Covenant of Good Faith and Fair Dealing). (See Doc. 201.)

Having reviewed the jury's verdict and having considered the uncontradicted evidence admitted at trial regarding the formation of Lalur as the successor entity to Pisos Kolay,

IT IS ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs, Kolay Flooring International, LLC and Daniel Paul Mitchell, shall recover from defendants Luis Barroso De La Fuente; Pisos Kolay, S.A. DE C.V.; and Lalur, S.A. DE C.V. the amount of one dollar ($1.00).

2. No party shall be deemed the prevailing party, and each shall bear his or its own costs.

IT IS SO ORDERED.

DATED: November 9, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE